■ JOSEPH J. TRUTY et al., Respondents, v BERKLEY SQUARE ASSOCIATES, LP, et al., Appellants, et al., Defendants. [769 NYS2d 428]—Appeal from an order of Supreme Court, Erie County (Howe, J.), entered November 27, 2002, which granted plaintiffs' motion for partial summary judgment against defendant Bri-Mar Construction, Inc., individually and as sole general partner of Berkeley Square Associates, LP, on the issue of liability under Labor Law § 240 (1).

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed with costs for the reasons stated in decision at Supreme Court, Erie County, Howe, J. Present—Pigott, Jr., P.J., Green, Scudder, Gorski and Lawton, JJ.